# Court of Appeals
## Tenth Appellate District of Texas

---

### 10-26-00016-CR

---

Javier Garcia,
Appellant

v.

The State of Texas,
Appellee

---

On appeal from the
19th District Court of McLennan County, Texas
Judge Thomas C. West, presiding
Trial Court Cause No. 2021-765-C1

---

JUSTICE SMITH delivered the opinion of the Court.

### MEMORANDUM OPINION

Javier Garcia appeals from the trial court's order denying his motion for judgment nunc pro tunc. The denial of a judgment nunc pro tunc is not an appealable order. *Castor v. State*, 205 S.W.3d 666, 667 (Tex. App.—Waco 2006, no pet.). The appropriate remedy for the denial of a motion for judgment nunc pro tunc is to file a petition for writ of mandamus in the court of appeals. *Ex parte Florence*, 319 S.W.3d 695, 696 (Tex. Crim. App. 2010); *Ex parte Ybarra*,

149 S.W.3d 147, 148-49 (Tex. Crim. App. 2004). Because the order is not an appealable order, we do not have jurisdiction in this appeal. Accordingly, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2(f).

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED: January 15, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Appeal Dismissed
Do not publish
CR25

